UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| WILLIAM KINLAW, | ) | Civil Action No. 5:15-cv-03064-KDW |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW SAUL,[1] | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act ("EAJA"). In this Stipulation, the parties advise that they have agreed to stipulate to an award of $13,500.00 in attorney fees and $400.00 in costs. Stipulation, ECF No. 48. The court finds the stipulated amount of fees and costs to be reasonable and in accordance with applicable law. Further, the parties have stipulated that the previously filed Petition and Amended Petition for EAJA Fees, ECF Nos. 45 and 47,[2] are *withdrawn*. *See id.*

Pursuant to the Stipulation, it is *ordered* that Plaintiff, William Kinlaw, be awarded attorney fees in the amount of Thirteen Thousand, Five Hundred Dollars and 00/100 Cents ($13,500.00) and costs in the amount of Four Hundred Dollars and 00/100 Cents ($400.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. These attorney fees and costs will be paid directly to Plaintiff, William Kinlaw, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees and costs will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (providing that an action survives regardless of any change in the person occupying the office of Commissioner of Social Security).
[2] In the Amended Petition counsel indicated a total of 82.2 hours had been spent on this matter.

debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $13,500.00 in EAJA attorney fees and $400.00 in costs is granted in accordance with this Order.

IT IS SO ORDERED.

June 28, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge